IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KENDRA OWEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00040-MPB-MJD |
| | ) |
| CITY OF EVANSVILLE, INDIANA, and OFFICER M. TAYLOR (Badge No. 2X1397), | ) ) ) |
| | ) |
| Defendants. | ) |

## **STIPULATION OF DISMISSAL**

**COME NOW** all parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate to the dismissal of this cause, with prejudice and with each party to bear their own attorneys' fees and costs except as otherwise agreed.

**WHEREFORE,** the parties respectfully stipulate to the dismissal of this cause, with prejudice and with each party to bear their own attorneys' fees and costs except as otherwise agreed, and request all proper relief.

1

Respectfully submitted,

*/s/ Gavin M. Rose*_____
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
grose@aclu-in.org
Attorney for Plaintiff


*/s/ Bernard J. Lobermann, IV (with permission)*_____
Keith W. Vonderahe, #21908-82
Bernard J. Lobermann, IV, #36886-49
ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP
P.O. Box 916
Evansville, IN  47706-0916
Phone: (812) 424-7575
Fax: (812) 421-5089
E-mail: kvonderahe@zsws.com
blobermann@zsws.com
Attorney for Defendant